IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT BOUNDS,

  Petitioner,

v.                                                                  No. CV 11-0265 JH/LAM

JAMES JANECKA, WARDEN, et al.,

  Respondent.

### ORDER

**THIS MATTER** is before the Court on Petitioner's *Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 4)*, filed April 1, 2011, and the Court being fully advised, hereby **FINDS** that the motion is well-taken and should be **GRANTED**;

**IT IS THEREFORE ORDERED** that the motion to proceed *in forma pauperis* is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**